1   Al Lustgarten,Bar # 189503
    Lustgarten Law
    30851 Agoura Rd # 114
2   Agoura Hills, Ca 91301
    Phone; 818-907-5866    Fax 818-461-5959
3   Attorney for Plaintiff

4                          UNITED STATES DISTRICT COURT
                        FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6   J&J SPORTS PRODUCTIONS, INC,                    )
                                                     )
7              Plaintiff,          vs.               )   Case No.:  2:12-CV-09616-WDK-FMO
                                                     )
8   GRACIELA GUZMAN LEZAMA, et al,                   )   **RENEWAL OF JUDGMENT  BY CLERK**
                                                     )
9              Defendant,                            )
                                                     )
10  _____         )

11   Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12  F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13      Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Graciela Guzman

14  Lezama, an individual dba Taco Factory, and Ramon Lezama, an individual dba Taco Factory entered on

15  January 7, 2014, be and the same is hereby renewed in the amounts as set forth below:

16          Renewal of money judgment

17              a.   Total judgment                $    3,830.00

18              b.   Costs after judgment          $        0.00

19              c.   Subtotal *(add a and b)*      $    3,830.00

20              d.   Credits                       $        0.00

21              e.   Subtotal *(subtract d from c)*  $   3,830.00

22              f.   Interest after judgment (.13%)  $     35.57

23              g.   Fee for filing renewal of application   $        0.00

24              **h.   Total renewed judgment (add e, f and g)  $  3,865.57**

25  Dated:  October 9,  2023              CLERK, by Deputy _Sharon Hall Brown_

26

27

28

                                Renewal of Judgment